1  DORSEY & WHITNEY LLP
   PATRICIA A. WELCH  (SBN 127889)
2  E-Mail:  welch.patricia@dorsey.com
   305 Lytton Avenue
3  Palo Alto, CA 94301
   Telephone:  (650) 857-1717
4  Facsimile:   (650) 857-1288

5  DORSEY & WHITNEY LLP
   J DAVID JACKSON (*Pro hac vice pending*)
6  E-Mail:  jackson.j@dorsey.com
   50 South Sixth Street, Suite 5100
7  Minneapolis, MN  55402-1498
   Telephone:  (612) 340-2760
8  Facsimile:   (612) 340-2868

9  Attorneys for Plaintiff
   AVAST SOFTWARE S.R.O.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AVAST SOFTWARE S.R.O., a Czech Republic corporation, formerly known as AVAST SOFTWARE A.S., <br><br> Plaintiff, <br><br> v. <br><br> SKIP LUNCH, INC., a Massachusetts corporation, doing business as WATERDOG TECHNOLOGIES, <br><br> Defendant. | CASE NO. <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR PLAINTIFF AVAST SOFTWARE S.R.O. |
|---|---|

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that as of this date the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

AVAST SOFTWARE S.R.O. is a Czech Republic limited liability company owned 100%

1 | by AVAST SOFTWARE B.V.

2 | Dated:  October 5, 2015              DORSEY & WHITNEY LLP

3

4                                         By:   */s/ Patricia A. Welch*
                                                PATRICIA A. WELCH
5                                               J DAVID JACKSON

6                                               Attorneys for Plaintiff
                                                AVAST SOFTWARE S.R.O.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28